

305 Broadway, Suite 1200
New York, New York 10007
(212) 385-1400
Fax: (212) 385-1401
firm@stephenslawny.com
www.stephenslawny.com

April 27, 2022

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
United States Courthouse
Room 1214 South
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Juan Najera v. Jerusalem Bedding Corp. et al.
               Case No. 1:20-cv-03194-MKB-VMS

Dear Magistrate Judge Scanlon:

I am counsel for Plaintiff Juan Najera in the above-referenced matter.

Plaintiff consents to the dismissal of this action.

I thank the Court for its consideration of this request.

Yours truly,

*Glendoval J. Stephens*

Glendoval J. Stephens