**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   Case No. 1:20-cv-03194-MKB-VMS

JUAN NAJERA, individually and on behalf of other
employees similarly situated,

                              Plaintiff,                **NOTICE OF VOLUNTARY**
                                                    **DISMISSAL**

          -against-

JERUSALEM BEDDING CORP., E.P.E ENTERPRISE
CORP., PIERO TEJADA MAGAÑA, in his individual
and professional capacities, and CHRISTINA ACEVEA,
in her individual and professional capacities,

                              Defendants.

-------------------------------------------------------------------X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

JUAN NAJERA, by his attorney Glendoval J. Stephens of The Stephens Law Firm PLLC,

hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice,

against the defendants JERUSALEM BEDDING CORP., E.P.E ENTERPRISE CORP., PIERO

TEJADA MAGAÑA, in his individual and professional capacities, and CHRISTINA ACEVEA,

in her individual and professional capacities.

Dated: New York, New York
        July 7, 2022

                                       /S/
                                  The Stephens Law Firm PLLC
                                  By: Glendoval J. Stephens
                                  305 Broadway Ste 1200
                                  New York, NY 10007
                                  (212) 385-1400
                                  gjs@stephenslawny.com
                                  Attorneys for Plaintiff

To:    JERUSALEM BEDDING CORP.
103 Powell St
Brooklyn, NY 11212

E.P.E ENTERPRISE CORP.
103 Powell St
Brooklyn, NY 11212

PIERO TEJADA MAGAÑA
103 Powell St
Brooklyn, NY 11212

CHRISTINA ACEVEA
103 Powell St
Brooklyn, NY 11212